## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

IN RE MEDTRONIC, INC.
SPRINT FIDELIS LEADS PRODUCTS
LIABILITY LITIGATION

This documents relates to:
**Manganiello et al. v. Medtronic, Inc.**
**09-cv-03484**

MDL NO. 08-1905 (RHK/JSM)

**ORDER GRANTING PLAINTIFFS'
LEAD COUNSEL'S MOTION TO
DISMISS**

Upon consideration of Plaintiffs' Lead Counsel's Motion to Dismiss (Doc. No.

12), and based on the files, records and pleadings herein, **IT IS ORDERED** that the

Motion is **GRANTED**, and pursuant to the Master Settlement Agreement and Federal

Rule of Civil Procedure Rule 41(a), the action styled Manganiello et al. v. Medtronic,

Inc., Civil Action No. 09-cv-03484, is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  June 24, 2011

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge